**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MCKESSON CORPORATION, a Delaware corporation; MCKESSON PLASMA AND BIOLOGICS LLC, a Tennessee limited liability company; and MCKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY INC., a Minnesota corporation;<br><br>Plaintiffs,<br><br>v.<br><br>HOME CARE-RX, INC., a California corporation; NEST RX, LLC, a Utah limited liability company; JASON T. TRAN, an individual; SHAIDA M. ABBAS, an individual; and DOUGLAS L. BISCHOFF, an individual<br><br>Defendants.<br><br>NEST RX, LLC, a Utah limited liability company;<br><br>Counterclaimant,<br><br>v.<br><br>MCKESSON CORPORATION, a Delaware corporation; MCKESSON PLASMA AND BIOLOGICS LLC, a Tennessee limited liability company; and MCKESSON | Case No. 8:26-cv-00777-FWS-KES<br><br>**ORDER GRANTING DEFENDANTS NEST RX, LLC, SHAIDA M. ABBAS, AND DOUGLAS L. BISCHOFF'S UNOPPOSED MOTION TO AMEND THEIR FIRST AMENDED JOINT ANSWER TO THE SECOND AMENDED JOINT ANSWER [80] [81] [82] [83]** |

MEDICAL-SURGICAL MINNESOTA SUPPLY INC., a Minnesota corporation;

Counterdefendants.

Based on the record, as applied to the relevant law, and for the good cause demonstrated in Defendants Nest Rx, LLC, Shaida M. Abbas, and Douglas Bischoff's Unopposed Motion to Amend First Amended Joint Answer To Second Amended Joint Answer (Dkt. 80, "Unopposed Motion"), the court **GRANTS** the Unopposed Motion, and therefore **ORDERS** that Defendants shall file as a new and separate docket entry the same version of their Second Amended Joint Answer that they lodged in support of the Motion (Dkt. 81, Ex. 1) on or before **September 4, 2026**.

**IT IS SO ORDERED**.

Dated: September 1, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE